UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UFCW LOCAL 50 PENSION FUND AND ITS TRUSTEE,

Plaintiff,

v.

NBAY, INC. et al.,

Defendants.

26-CV-6045 (DEH)

ORDER

DALE E. HO, United States District Judge:

On October 9, 2026, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 24.

It is hereby **ORDERED** that Defendants shall file any opposition to the motion for default judgment by **October 29, 2026**. Defendants are cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

It is further **ORDERED** that Defendants appear and show cause before this Court on **November 5, 2026, at 11:00 am**, why an order should not be issued granting a default judgment against Defendants. Unless and until the Court orders otherwise, the conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases. The parties should join the conference by calling the Court's dedicated conference line at (646) 453-4442 and using access code 870 527 987, followed by the pound (#) key.

It is further **ORDERED** that Plaintiff serve Defendants via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order within **one business day of the filing of each document**. In each case, within **two business days of service,** Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: October 15, 2026
New York, New York

DALE E. HO
United States District Judge