UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UFCW LOCAL 50 PENSION FUND AND ITS TRUSTEE,

Plaintiff,

v.

NBAY, INC., et al.,

Defendants.

26-CV-6045 (DEH)

ORDER

DALE E. HO, United States District Judge:

Pursuant to the Court's Order dated November 20, 2026, denying Plaintiff's motion for default judgment as moot, *see* ECF No. 38, the conference scheduled for January 6, 2027, is hereby **CANCELLED**.

SO ORDERED.

Dated: November 23, 2026
New York, New York

DALE E. HO
United States District Judge